UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN CHRISTOPHER FARRELL and CAROLINE HUTCHISON FARRELL,<br><br>       Plaintiff,<br><br>vs.<br><br>LLOYDS TSB, etc.,<br><br>       Defendants. | 3:11-cv-00661-LRH-WGC<br><br>**MINUTES OF THE COURT**<br><br>March 26, 2012 |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    <u>JENNIFER COTTER</u>       REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

    Before the court is plaintiffs' ex parte motion extending time (Doc. #5) wherein plaintiffs seek a sixty day extension of time within which to serve the summons and complaint in this matter.

    Good cause appearing, plaintiffs' motion (Doc. #5) is **GRANTED.**  Plaintiffs shall a sixty (60) day extension of time to and including **May 15, 2012** to effect service upon defendant.

**IT IS SO ORDERED.**

                                                                LANCE S. WILSON, CLERK


                                                                By:    /s/
                                                                         Deputy Clerk